# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| A.S.<br>*Plaintiff(s)*<br>v.<br>TikTok, Inc., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) | Case Number: 3:20-cv-00457 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for
Proposed Intervenors Meghan Smith, minors C.W. and I.W., through their mother and legal guardian Mikhalia Woodall, and minor R.P., through her mother and legal guardian Lynn Pavalon, individually and on behalf of all others similarly situated

DATED: June 8, 2020

/s/ David M. Given
Signature

David M. Given
Name
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201, San Francisco, CA 94129
Address

415-398-0900
Phone Number

415-398-0911
Fax Number

dmg@phillaw.com
E-Mail Address