# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| A.S.<br>*Plaintiff(s)*<br>v.<br>TikTok, Inc., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) | Case Number: 3:20-cv-00457 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for movants Misty Hong; minor A.S., through her mother and legal guardian, Laurel Slothower; and minor A.R., through her mother and legal guardian, Gilda Avila.

DATED: June 8, 2020

/s/ Marc E. Masters
Signature

Marc E. Masters
Name

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Address

(310) 201-2100
Phone Number

(310) 201-2110
Fax Number

mmasters@birdmarella.com
E-Mail Address